STAR ASSOCIATES v. SIMON H. BEILLI, ET AL.

June 1, 1989.

Petition for certification denied.

CATHERINE SLACK v. RICHARD B. GRUBER, D.D.S.

June 13, 1989.

The parties having stipulated to a dismissal of this matter, it is ORDERED that the appeal is dismissed.

(117 *N.J.* 90 (1989))

STATE OF NEW JERSEY v. BEVINS REYNOLDS.

June 13, 1989.

Petition for certification denied.

MARK KASSICK v. MILWAUKEE ELECTRIC TOOL CORP., ET AL.

June 13, 1989.

Petition for certification granted.